1  MICHELE BECKWITH
Acting United States Attorney
2  CHAN HEE CHU
Assistant United States Attorney
3  MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 5:25-po-00080-CDB

12              Plaintiff,               [Citation #E2090962, CA/3F]

13  v.

14  ERIC MOLINA,                         MOTION AND ORDER FOR DISMISSAL

15              Defendant.

16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19  and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00080-

20  CDB [Citation #E2090962, CA/3F] against ERIC MOLINA, without prejudice, in the interest of justice,

21  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23  DATED: March 25, 2025                  Respectfully submitted,

24                                         MICHELE BECKWITH
                                           Acting United States Attorney
25
                                    By:    /s/ *Chan Hee Chu*
26                                         CHAN HEE CHU
                                           Assistant United States Attorney
27

28

                                                              USA v. Molina
                                                              Case No. 5:25-po-00080-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00080-CDB [Citation #E2090962, CA/3F] against ERIC MOLINA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **March 25, 2025**

UNITED STATES MAGISTRATE JUDGE