# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MOLINA,<br><br>Defendant. | Case No. 5:25-po-00080-CDB<br><br>CVB Violation E2090962 / CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 5) |

Defendant Eric Molina was issued Violation Notice E2090962 with a total collateral due of $280.00. On March 25, 2025, the United States of America filed a motion to dismiss the citation and the violation was dismissed. On April 2, 2025, Defendant paid the total collateral amount of $280.00.

Accordingly, the Court ORDERS that a refund be issued to Defendant in the amount of $280.00.

IT IS SO ORDERED.

Dated:  **April 2, 2025**

UNITED STATES MAGISTRATE JUDGE

1